

ORDERED in the Southern District of Florida on February 18, 2015.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                               Case No.  12-33029-BKC-LMI

REBECA G. PANECA,
                                                     Chapter 7
        Debtor.
_____/

### ORDER MODIFYING DATE OF DEBTOR'S DISCHARGE

This matter came before the Court on a letter from the Debtor, Rebeca G. Paneca, received on February 12, 2015, which letter this Court has docketed as a Motion for Order Clarifying Discharge Date (ECF #64). The Court has determined this matter can be resolved without a hearing.

Having reviewed the Debtor's Motion, the docket, and being fully versed in the relevant facts it is ORDERED AS FOLLOWS:

1. The Debtor's Motion is GRANTED.

Case No. 12-33029-BKC-LMI

2. Notwithstanding the Discharge entered by this Court on December 29, 2014, the Court's original Discharge Date of January 7, 2013 is the actual date of Debtor's Discharge and should be treated as such by all credit reporting agencies.

###

Copy to:
Rebeca G. Paneca, Debtor
Robert Sanchez, Esq.

*The Clerk of Court shall serve a copy of this order upon all parties in interest.*